IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEBORAH L. HAMMOND, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:12-cv-01177(AJT/IDD) |
| ) | |
| CAROYLYN W. COLVIN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 19] of the Magistrate Judge recommending that the plaintiff's Motion for Summary Judgment [Doc. No. 11] and, in the alternative, Motion for Remand [Doc. No. 12] be DENIED and the defendant's Motion for Summary Judgment [Doc. No. 14] be GRANTED. Plaintiff filed her Objections to the Report and Recommendation [Doc. No. 20], and defendant filed a Response to Plaintiff's Objections [Doc. No. 21]. Upon consideration of the Magistrate Judge's Report and Recommendation, as well as plaintiff's Objections thereto and defendant's Response, and after the Court conducted a *de novo* review of the administrative record, the Court finds and concludes that the final decision of the Commissioner of the Social Security Administration was supported by substantial evidence in the record and was not otherwise contrary to law; and for these reasons, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Defendant's Motion for Summary Judgment [Doc. No. 14] be, and the same hereby is, GRANTED, and the decision of the Commissioner is hereby affirmed; and it is further

ORDERED that plaintiff's Motion for Summary Judgment [Doc. No. 11] and Motion for Remand [Doc. No. 12] be, and the same hereby are, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record and to the plaintiff at the address listed in the case file.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 8, 2013